Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

**U.S. COURTS**

**DEC 15 2023**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. _____
*(to be filled in by the Clerk's Office)*

__Michelle Kirby Winkler__
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

__See attached__
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Yvonne Kay Peterson |
| Street Address | 408 Cunningham St |
| City and County | Grangeville Idaho County |
| State and Zip Code | Idaho [83530] near the river |
| Telephone Number | 208 702 3142 |
| E-mail Address | earthangus8@outlook.com |
| | See attached |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Party to this Complaint

Jeremy Carroll Adkison

408 Cunningham St

Grangeville Idaho County

Idaho [83530] near the area

208-702-3142

earthangels008@outlook.com

Defendant No. 1

- Name: Jeff P Payne
- Job or Title (if known): Judicial officer
- Street Address: 420 S A St
- City and County: Grangeville Idaho County
- State and Zip Code: Idaho 83530
- Telephone Number: 208 983 2776
- E-mail Address (if known):

Defendant No. 2

- Name: Kathy M Ackerman
- Job or Title (if known): Idaho County Clerk of the district court/recorder
- Street Address: 320 W Main St
- City and County: Grangeville Idaho County
- State and Zip Code: Idaho 83530
- Telephone Number: 208 983 2776
- E-mail Address (if known):

Defendant No. 3

- Name: Nikki Sickles
- Job or Title (if known): Idaho County deputy clerk
- Street Address: 320 W Main St
- City and County: Grangeville Idaho County
- State and Zip Code: Idaho 83530
- Telephone Number: 208 983 2776
- E-mail Address (if known):

Defendant No. 4

- Name: Sherri Clark
- Job or Title (if known): Idaho County deputy clerk
- Street Address: 320 W Main St
- City and County: Grangeville Idaho County
- State and Zip Code: Idaho 83530
- Telephone Number: 208 983-2776
- E-mail Address (if known):

Defendant No. 5

    Name: Scott Felix Wheeler
    Job or Title (if known): City Consul President
    Street Address: 412 S College St
    City and County: Grangeville Idaho County
    State and Zip Code: Idaho 83530
    Telephone Number: 208.507.2587  208.983.1564  208.983.4309
    E-mail Address (if known):

Defendant No. 6

    Name: Matthew L Jessup
    Job or Title (if known): Deputy Prosecutor
    Street Address: 401 W North St PO Box 441
    City and County: Grangeville Idaho County
    State and Zip Code: Idaho 83530
    Telephone Number: 208 983-3089
    E-mail Address (if known):

Defendant No. 7

    Name: Kirk Macgregor
    Job or Title (if known): Idaho County Prosecuting Attorney
    Street Address: 416 W Main PO Box 463
    City and County: Grangeville Idaho County
    State and Zip Code: Idaho 83530
    Telephone Number: 208 983 0164
    E-mail Address (if known):

Defendant No. 8

    Name: Sunil Ramalingam
    Job or Title (if known): Nez Perce County Judge
    Street Address: 1230 Main St
    City and County: Lewiston Nez Perce County
    State and Zip Code: Idaho ~~~~~~ 83501
    Telephone Number: 208 799 3040
    E-mail Address (if known):

Defendant No. 9

- Name: Paul Orgish
- Job or Title (if known): Grangeville Police department officer
- Street Address: 225 W North St
- City and County: Grangeville, Idaho County
- State and Zip Code: Idaho 83530
- Telephone Number: 208 983 1351
- E-mail Address (if known):

Defendant No. 10

- Name: Micheal Quintel
- Job or Title (if known): Grangeville Police department officer
- Street Address: 225 W North St
- City and County: Grangeville, Idaho County
- State and Zip Code: Idaho 83530
- Telephone Number: 208 983 1351
- E-mail Address (if known):

Defendant No. 11

- Name: Scott Sumpter
- Job or Title (if known): Grangeville Police department officer
- Street Address: 225 W North St
- City and County: Grangeville, Idaho County
- State and Zip Code: Idaho 83530
- Telephone Number: 208 983 1351
- E-mail Address (if known):

Defendant No. 12

- Name: Summer A Emmert
- Job or Title (if known): Law Office of Summer A Emmert P.C.
- Street Address: 508 Foster PO Box 5
- City and County: Cottonwood, Idaho County
- State and Zip Code: Idaho 83522
- Telephone Number: 208 902 7740
- E-mail Address (if known):

Defendant No. 13

    Name: Austin Jones
    Job or Title (if known): Idaho County deputy clerk
    Street Address: 320 W Main St
    City and County: Grangeville Idaho County
    State and Zip Code: Idaho 83530
    Telephone Number: 208 983 2776
    E-mail Address (if known):

Defendant No. 14

    Name: Stacey Rice
    Job or Title (if known): Idaho County deputy clerk
    Street Address: 320 W Main St
    City and County: Grangeville Idaho County
    State and Zip Code: Idaho 83530
    Telephone Number: 208 983 2776
    E-mail Address (if known):

Defendant No. 15

    Name: Micheal Chlebowski
    Job or Title (if known): Idaho County Sheriff deputy
    Street Address: 320 W Main St
    City and County: Grangeville Idaho County
    State and Zip Code: Idaho 83530
    Telephone Number: 208 983 1100
    E-mail Address (if known):

Defendant No. 16

    Name: Doug Ulmer
    Job or Title (if known): Idaho County Sheriff
    Street Address: 320 W Main St
    City and County: Grangeville Idaho County
    State and Zip Code: Idaho 83530
    Telephone Number: 208 983 1100
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 42 USC Subsection 1983 Civil Rights Act USC 18 241 USC 18 242, USC 18 2047, USC 42 1985, USC 18 3571, USC 18 1001 USC 18 1021, USC 18 1963

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See attached*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*See attached*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 9, 2023

Signature of Plaintiff: *Michelle Kirby Winkler UCC 1-308.4*
Printed Name of Plaintiff: Michelle Kirby Winkler UCC 1-103.6

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address