UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHELLE KIRBY WINKLER,<br><br>Plaintiff,<br><br>v.<br><br>JEFF P. PAYNE; KATHY M. ACKERMAN; NIKKI SICKELS; SHERRI CLARK; SCOTT FELIX WINKLER; MATTHEW L. JESSUP; KIRK MACGREGOR; SUNIL RAMALINGAM; PAUL ORGISH; MICHAEL QUINTAL; SCOTT SUMPTER; SUMMER A. EMMERT; ALISHA JONES; STACEY RICE; MICHAEL CHLEBOWSKI; and DOUG ULMER,<br><br>Defendants. | Case No. 3:23-cv-00565-AKB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On April 22, 2024, this Court issued an order dismissing Plaintiff Michelle Winkler's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. (Dkt. 29). The Court granted Winkler leave to amend her complaint, however. (*Id.* at p. 5). Winkler was required to file her amended complaint within thirty days of issuance of the order. (*Id.*). Winkler failed to do so. Accordingly, pursuant to this Court's prior order,

**IT IS ORDERED** this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to mail a copy of this dismissal order to Winkler and to close this case.

DATED: May 23, 2024

Amanda K. Brailsford
U.S. District Court Judge

**ORDER DISMISSING CASE WITH PREJUDICE - 1**